IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CURTIS BRYON SCROGGINS                                                                    PLAINTIFF

v.                                       Case No.  12-2184

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                             DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #12) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 18th day of July, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE